**MEMO ENDORSED**

> The request to cancel the September 27, 2024 conference is denied. The conference will proceed as scheduled. The Court reminds Mr. Housen that his response to Defendant's letter, if any, is due by September 17, 2024. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: 9/13/24
> New York, New York

UNITED STATES
SOUTHERN D[ISTRICT]

**The aggrieved**
**Durey Damion Housen**

Write the full name of each plaintiff or petitioner.

Case No. 24 cv 05716

-against-

**TRANS UNION LLC**
**TODD M. CELLO C.F.O**

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

Cancel pretrial conference

PLEASE TAKE NOTICE that **Plaintiff** [plaintiff or defendant] **Durey Damion Housen** [name of party who is making the motion] requests that the Court:

Cancel the pre-trial conference scheduled in this matter. As a pro se litigant, I have opted to proceed without a jury trial and have clearly instructed the Defendant to respond to all matters via written affidavits. The pre-trial conference contradicts the agreed-upon method of resolution through written submissions, as outlined in the instructions provided in my affidavits.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☒ my own declaration, affirmation, or affidavit  Previous affidavits with this claim are in your (court) possession.

☒ the following additional documents:

Correspondence notice email

Dated: 9/11/2024

Signature: *Durey Housen*

Name: **Durey Housen**

Prison Identification # (if incarcerated):

Address: 365 west 125TH Street Suite 3604
City: New York   State: NY   Zip Code: 10027

Telephone Number: 646-675-9059
E-mail Address: DureyHousen@Aol.com