UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUREY DAMION HOUSEN,

                Plaintiff,

     -*against*-

TRANSUNION LLC *and*
TODD M. CELLO,

                Defendants.

**ORDER**

24-cv-05716 (ER)

RAMOS, D.J.

     On October 25, 2024, Defendants Transunion LLC and Todd M. Cello filed a motion to dismiss the complaint. Doc. 15. On December 20, 2024, Plaintiff filed an amended complaint. Doc. 20.

     Accordingly, as the original complaint is no longer the operative complaint, the first filed motion to dismiss is moot. Doc. 15. The Clerk of Court is respectfully directed to terminate the motion, Document 15.

     SO ORDERED.

Dated:   January 6, 2025
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.