UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUREY DAMION HOUSEN,

                    Plaintiff,

    -*against*-

TRANSUNION LLC *and*
TODD M. CELLO,

                    Defendants.

**ORDER**

24-cv-05716 (ER)

RAMOS, D.J.

        On January 6, 2025, the Court granted Defendants Transunion LLC and Todd M. Cello's leave to file a motion to dismiss the amended complaint with the following schedule: (1) moving papers due February 3, 2025; (2) Mr. Housen's opposition due March 3, 2025; and (3) reply due March 17, 2025. Doc. 22. Defendants filed a motion to dismiss on February 3, 2025. Doc. 24. However, Mr. Housen still has not filed an opposition. Mr. Housen is directed to file an opposition by April 11, 2025. If Mr. Housen does not file an opposition by April 11, 2025, there may be adverse consequences, including dismissal for failure to prosecute.

        SO ORDERED.

Dated:    April 2, 2025
             New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.