UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUREY HOUSEN,
   Plaintiff,

v.

TRANSUNION LLC,
   Defendant.

Case No. 24 CV 5716 (ER)
Before the Hon. Edgardo Ramos

**MEMO ENDORSED**

Defendants are directed to respond by April 11, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 9, 2025
New York, New York

RECEIVED
SDNY PRO SE OFFICE
2025 APR -7 PM 3: 15

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Durey Housen, appearing pro se, respectfully moves this Court, the Honorable Judge Edgardo Ramos presiding, under Rule 41(a)(2) of the Federal Rules of Civil Procedure for an order dismissing this action without prejudice, in order to pursue the claims raised herein through binding arbitration.

This motion is made in accordance with the binding arbitration clause found in TransUnion LLC's Terms of Use, which governs the relationship between the parties and mandates that disputes be resolved through individual arbitration administered by the American Arbitration Association (AAA).

Plaintiff seeks this dismissal in good faith and not for the purpose of delay. No final judgment has been issued, and no prejudice will result to the Defendant, as arbitration remains a valid and available alternative forum under the Federal Arbitration Act, 9 U.S.C. §§ 1–16.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and enter an order dismissing the above-captioned matter without prejudice so that the claims may proceed in arbitration.

Dated: April 7, 2025

Respectfully submitted,

*Durey Housen*

Durey Housen, Pro Se Plaintiff
365 West 125th Street, Suite 3604
New York, NY 10027