UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DUREY DAMION HOUSEN,

                           Plaintiff,

-against-                           24 **CIVIL** 5716 (ER)

                                                         **JUDGMENT**

TRANS UNION LLC and TODD M. CELLO,

                          Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 5, 2025, Housen's motion for dismissal without prejudice is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      May 5, 2025

                                                     **TAMMI M HELLWIG**
                                                      **Clerk of Court**

          **BY:**                *K. Mango*

                                                      **Deputy Clerk**